UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION

THOMAS JAMES ROBERTS,             )
                                  )
            Petitioner            )
                                  )
      v.                          )
                                  )   Case No. 3:09-cv-00517-JHH-HGD
BILLY MITCHEM, WARDEN,            )
and THE ATTORNEY GENERAL          )
OF THE STATE OF ALABAMA,          )
                                  )
            Respondents           )

## **DISMISSAL ORDER**

On May 7, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed therein eleven (11) days in which to file objections to the recommendations made by the magistrate judge. On May 12, 2009, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation and the petitioner's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the recommendations of the magistrate judge and it is therefore

ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action be and the same hereby is DISMISSED pursuant to 28 U.S.C. § 2244(b)(1) and, alternatively, for failure to comply with 28 U.S.C. § 2244(b)(3)(A).[1]

**DONE** this the   26th   day of May, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner argues that this habeas corpus cannot be dismissed pursuant to 28 U.S.C. § 2244(b)(1) because the previous federal habeas corpus petition was dismissed without prejudice for non-exhaustion and thus cannot be considered as a "second or successive habeas corpus application." Petitioner is incorrect in his characterization of the denial of the previous habeas corpus petition. That petition was dismissed <u>with</u> prejudice because he either procedurally defaulted on the claims presented or the claims were not exhausted <u>but</u> would be procedurally barred if an attempt to present the claims in state court were made. Petitioner also asks, belatedly in his objections, for permission to file a second habeas corpus petition. However, petitioner must seek such permission from the Eleventh Circuit Court of Appeals rather than this district court.